1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**NOTE: CHANGES MADE BY COURT**

# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

PAN LIU,

          Plaintiff,

    v.

UR M. JADDOU, et al.,

          Defendants.

Case No. 8:23-cv-02276-FWS-KES

**ORDER RE JOINT STIPULATION TO STAY CASE PENDING ADJUDICATION OF APPLICATION [7]**

Honorable Fred W. Slaughter
United States District Judge

/// 
/// 
///

Having read and considered the Joint Stipulation to Stay Case Pending Adjudication of Application [7] (the "Stipulation"), and good cause appearing, the court **GRANTS** the Stipulation and **ORDERS** the following:

1.    The above-captioned case is **STAYED** from the date of this Order until **May 30, 2025**; and

2.    If the above-captioned case has not been dismissed on or before May 30, 2025, the parties shall file a joint status report with the court on or before **June 6, 2025**.

**IT IS SO ORDERED**.

Dated:  January 22, 2024

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE

2